IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 15-CV-20242-Ungaro/Otazo-Reyes

Yaritza Luzardo and
other similarly-situated individuals

       Plaintiffs,

vs.

Klick Wireless, LLC and
Abhinav Bhushan

       Defendant.

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants, by and through their undersigned counsel, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7 of the Court's Local Rules, hereby respectfully request that the Court allow Defendant an extension of 15 days in which to respond to Plaintiffs' Complaint for and in support, state as follows:

1. Plaintiff filed a Complaint on or about January 22, 2015 and Defendant was served on January 29, 2015.

2. The Defendants are required to respond to the Complaint by February 19, 2015.

3. The parties are already in the process of trying to amicably resolve this matter to avoid any further litigation in this or any other matter. Thus, Defendants has requested, and Plaintiff agreed, that Defendants file the instant Motion to preserve attorney fees and costs so as to facilitate a quick and speedy resolution of this matter.

4. This is the first request for an extension filed by or on behalf of Defendant. This Motion is not meant to delay getting to the merits of this case, and the granting of this Motion will not prejudice any parties in this case. It is made for good cause and it is filed in good faith.

5. Rule 6(b)(1) of the Federal Rules of Civil Procedure states:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

6. District courts are granted broad discretion under Rule 6 of the Federal Rules of Civil Procedure to expand filing deadlines. See *Kernisant v. City of N.Y.*, 225 F.R.D. 422, 431 (E.D. N.Y. 2005). Thus, applications for enlargement of time under Rule 6 are routinely granted when the motion is made before the deadline to file, in the absence of bad faith on the part of the moving party, or any resulting prejudice to the adverse party.

7. The intent behind the Federal Rules of Civil Procedure is to secure the "just, speedy, and inexpensive determination of every action and proceeding". Id. Fed. R. Civ. P. 1. Therefore, courts generally give Rule 6 a liberal construction to work substantial justice. *Anderson v. Stanco Sports Library, Inc*. 52 F.R.D. 108, 110 (D. S.C. 1971). In this instance, the granting of this Motion would work substantial justice.

**WHEREFORE**, Defendants hereby respectfully request that this Court enter an Order granting this Motion and extending the deadline to respond to Plaintiff's Complaint up to and including March 6, 2015.

## LOCAL RULE GOOD FAITH CERTIFICATION

Undersigned counsel certifies that: (1) he conferred with Plaintiff's counsel on February 16, 2015 via email and the telephone; and, (2) no opposition will be filed against this Motion as Plaintiff's counsel agrees with the contents of both the Motion and proposed Order.

Dated: February 18, 2015.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February, 2015, I electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to the following: **Franklin A. Jara**, Esquire (info@jaralaw.com) and (franklin@jaralaw.com).

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    Respectfully submitted,

    GLASSBERG & GLASSBERG, P.A.
    Fla. Bar # 393916
    13611 South Dixie Highway,
    #109-514
    Miami, Florida  33176
    (305) 669-9535
    Glassberglaw@aol.com
    BY: /s/David M. Glassberg
    David M. Glassberg