UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-20242-UU

YARITZA LUZARDO,

    Plaintiff,

v.

KLICK WIRELESS LLC and
ABHINAV BHUSHAN,

    Defendants.
_____/

**ORDER**

    THIS CAUSE comes before the Court upon Defendants' Motion for Extension of Time. D.E. 7.

    THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

    ORDERED AND ADJUDGED that Defendants' Motion, (D.E. 7), is GRANTED IN PART and DENIED IN PART. Defendants SHALL respond to Plaintiff's Complaint by **Thursday, February 26, 2015**. No further extensions will be granted.

    DONE AND ORDERED in Chambers in Miami, Florida this 19th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf