## SETTLEMENT AGREEMENT AND GENERAL RELEASE

THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE ("Agreement") is made and entered into on this 23rd day of February, 2015 by and between Yaritza Luzardo (hereinafter referred to as "Luzardo") and other similarly-situated individuals and KLICK WIRELESS, LLC. (hereinafter referred to as "KLICK") and Abhinav Bhushan (hereinafter referred to as "Bhushan").

WHEREAS, Franklin Antonio Jara, Esquire instituted the following civil action:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 2015-CV-20242-UNGARO

against KLICK AND Bhushan for unpaid wages, overtime wages and/or minimum wage violations; and,

WHEREAS, the Parties wish to resolve this matter and avoid the disruption and expense of litigation;

NOW, THEREFORE, in consideration of the premises and mutual promises contained herein, it is agreed as follows:

1.     This agreement is not and shall not in any way be construed as an admission by any party of any wrongdoing. Luzardo, KLICK, and Bhushan ("the Parties") have entered into this Agreement for the sole purpose of resolving the aforementioned civil litigation and to avoid the burden, expense, delay and uncertainties of litigation. KLICK AND Bhushan deny that Luzardo was ever an employee of either KLICK AND/OR Bhushan.

2.     Upon final payment as specified *infra* and pursuant to this Agreement, all Parties, through their counsel, agree to file a Notice of Settlement with the Court, and if necessary, a Notice of Dismissal With Prejudice as to KLICK AND Bhushan, dismissing this case, including all claims and all counterclaims which were or may have been brought solely between and amongst Luzardo, with prejudice.

3.     In consideration of this Agreement, and in full and final settlement of any claims, which were made by Luzardo in the aforementioned lawsuit, KLICK AND Bhushan within 10 days of approval of settlement, make full payment to Luzardo and his attorney, as follows:

a.     $823.74 will be paid to Luzardo. An IRS Form 1099 will be issued to Luzardo in connection with this payment.

1

b.   $823.74 of liquidated damages and interest, No taxes and/or withholdings will be deducted from said amount. An IRS Form 1099 will be issued to Luzardo in connection with this payment; and an additional

b.   $2,552.52 made payable to Jara & Associates, P.A. (EIN 271222932) as reasonable fees and costs of this action. An IRS Form 1099 will be issued to Jara & Associates, P.A. in connection with this payment.

4.   Time is of the essence as to all payments due under this agreement. Payments shall be made within 10 days of approval of settlement and delivered to Jara & Associates, P.A.

All late payments shall bear simple interest at 1.5% per month. If an action for collection of any amounts due under this agreement, including interest owed, and/or enforcement of this agreement is instituted, the prevailing party will be entitled to a reasonable attorney's fee and all costs.

5.   In consideration and conditioned upon receipt of the final payment as described above, Luzardo does hereby release and forever discharge, KLICK AND Bhushan and their predecessors, successors, assigns, affiliated companies, shareholders, administrators, partners, officers, directors, employees, agents and attorneys from any and all claims that were asserted, or could have been asserted, in the aforementioned civil action, Case No. 15-CV-20242 UNGARO. Additionally, in consideration of the mutual promises stated above, KLICK AND Bhushan do/does hereby release and forever discharge, Luzardo and her predecessors, successors, assigns, affiliated companies, shareholders, administrators, partners, officers, directors, employees, agents and attorneys from any and all counterclaims that were asserted and/or could have been asserted in the aforementioned civil action, Case No. 15-CV-20242 UNGARO.

6.   Except as otherwise agreed in Paragraph 3 of this Agreement, the parties shall bear their own attorney's fees and costs.

7.   The plaintiff shall not either directly or indirectly, disclose, discuss or communicate to any entity or person, except her attorneys or other professional advisors or spouse any information whatsoever regarding the existence or terms of this Agreement. A breach of this confidentiality clause will result in disgorgement of the Plaintiff's portion of the settlement payments, not designated as wages pursuant to the FLSA, including the attorney fees and costs associated with enforcement of this clause and collection of the settlement payments. In response to any inquiries the parties may state, by illustration, that the case was dismissed, or words of similar force and effect and/or nature.

The parties further agree to the Court entering a confidentiality Order as to this settlement upon dismissal of the cause of action.

8.   The parties agree that neither they nor their representatives will disparage the other party. Disparage as used herein shall mean any communication, or written, of false information or the communication of information with reckless disregard to its truth or falsity. The Defendant also agrees that it shall not make any statements, either internally or externally, that reflect adversely on Plaintiff's job performance. In the event of a request for employment references,

2

the Defendant shall confirm Plaintiff's dates of employment, her last job position, and her annual salary at termination.

9.      This Agreement sets forth the entire agreement between the Parties hereto, and fully supersedes any and all prior agreements or understandings between the Parties pertaining to the subject matter hereof. This Agreement may not be changed orally, and may only be made in writing.

10.     This Agreement shall be interpreted and construed under the laws of the State of Florida.

11.     In signing this Agreement, all Parties expressly warrant that they have read and fully understand it. All parties acknowledge that this Agreement is voluntary and that no one is making or forcing either party to enter into it. All parties acknowledge that they have had an opportunity to and have consulted with an attorney before signing it.

12.     This Agreement may be executed simultaneously in counterparts each of which shall be deemed an original, but which collectively shall constitute one and the same instrument.

13.     This Agreement shall be interpreted in accordance with the plain meaning of its terms and not for or against the drafter.

All the undersigned hereby acknowledge the terms as set forth above, understand them pursuant to the advice of counsel, and agree to enforcement of same, and, in witness thereof, the undersigned have hereunto executed this agreement, this 3ᵉ day of January 2015.

**[INTENTIONALLY LEFT BLANK]**
**[SIGNATURE PAGES TO FOLLOW]**

3

_____
Yaritza Luzardo
By:_____
Title:_____


STATE OF FLORIDA          )
                          )          SS:
COUNTY OF Miami-Dade      )

     The foregoing Settlement Agreement dated 02\16 , 2015, was acknowledged before me this 16 day of February 2015 by Yaritza Luzardo, who is personally known to me or who produced FLDL L263-973-94-623-0 as identification and who did not take an oath.



_____
Notary Public – State of Florida

My Commission Expires:

**YADILIS AGUIAR**
MY COMMISSION #FF063365
EXPIRES October 15, 2017
(407) 398-0153    FloridaNotaryService.com

4

**KLICK WIRELESS, LLC.**
By: ABHINAV BHUShan .
Title: Owner .

STATE OF FLORIDA )
                  ) SS:
COUNTY OF MIAMI-DADE )

The foregoing Settlement Agreement dated Feb , 2015, was acknowledged before me this 23 day of Feb 2015 by Bhushan Abhinav as _____ of, KLICK WIRELESS, LLC. who is personally known to me or who produced Driver Lic 121 189 229 as identification and who did not take an oath.

MY COMMISSION #FF127089 :
EXPIRES June 1, 2018
Notary Public, State of Florida

My Commission Expires:

5

**Abhinav Bhushan**
By: ABHINAV BHushan
Title: owner.

STATE OF FLORIDA )
                                    ) SS:
COUNTY OF MIAMI-DADE )

The foregoing Settlement Agreement dated 2-23, 2015, was acknowledged before me this 23 day of Feb 2015 by Bhushan Abhinav, as ______________ of, **Abhinav Bhushan** who is personally known to me or who produced NY- DR 121 189 779 as identification and who did not take an oath.

GINA M ALVARADO
MY COMMISSION #FF127980
EXPIRES June 1, 2018
(407) 398-0153 FloridaNotaryService.com

Notary Public – State of Florida

My Commission Expires: